# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 9:20-PO-5008-KLD |
| | CVB Violation No: |
| Plaintiff, | F4864775 |
| vs. | |
| | ORDER DISMISSING |
| Yolanda N. McLane, | |
| Defendant. | |

_____

The government has moved to dismiss the above referenced violation notice.  Accordingly,

**IT IS ORDERED** that violation notice F4864775 is **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations.  CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this   2nd   day of June, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

ORDER - PAGE 1